# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          :          NO. 499
                                                :
ORDER AMENDING RULES 140, 141,                  :          CRIMINAL PROCEDURAL RULES
AND 142 OF THE PENNSYLVANIA                      :
RULES OF CRIMINAL PROCEDURE                      :          DOCKET
                                                :
                                                :

# ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of January, 2018, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having not been published before adoption pursuant to Pa.R.J.A. 103(a)(3) in the interests of justice and efficient administration*,* and a *Final Report* to be published with this **ORDER:**

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rules of Criminal Procedure 140, 141, and 142 are amended, in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective April 1, 2018.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.